# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0067.  ROSS v. THE STATE.**

This appeal is from the superior court's denial of a pro se "Motion to Compel Credit for Time Served Awaiting Trial Under § 17-10-11 et seq."  The superior court denied the motion on July 14, 2015, on the ground the Georgia Department of Corrections, and not the superior court, is responsible for determinations of credit for time served.

The appellant filed her pro se notice of appeal timely on August 12, 2015. In her sole enumeration of error on appeal, however, the appellant contends the trial court imposed an illegal sentence by sentencing her to 20 years for an offense that only carried a maximum 10-year sentence.  "Because this issue was never raised in the trial court, we will not address it for the first time on appeal.  This Court is a court for the correction of legal errors and has no jurisdiction to address issues that are raised for the first time on appeal." (Citation and punctuation omitted.)  *Lancaster v. State,* 261 Ga. App. 348, 351 (3) (582 SE2d 513) (2003).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*